

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00208-CV

Richard **PAMPLIN** and Networth Cashflow Systems, LLC,
Appellants

v.

Kelly **STEPHENSON**, Trustee of The Coffee Time, Inc. 401(k) (PSP) and
Craig Noack, Court-Appointed Turnover Receiver,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CI05138
Honorable Aaron Haas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of court for this appeal are taxed against Richard Pamplin and Networth Cashflow Systems, LLC.

SIGNED March 29, 2023.

_____
Patricia O. Alvarez, Justice